# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0045
_____

VIKING COMPANIES, LLC, a
Florida limited liability
corporation, SHD-CELEBRATION,
POINTE, LLC, and SVEIN
DYRKOLBOTN, an individual,

    Petitioners,

    v.

ICEBERG CAPITAL PARTNERS, III,
LLC, a Georgia limited liability
company, and ICEBERG REAL
ESTATE INVESTMENTS, LLC, a
Georgia limited liability
company,

    Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.
George M. Wright, Judge.

November 19, 2024

PER CURIAM.

    DISMISSED.

ROBERTS, RAY, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Edward F. Holodak of Edward F. Holodak, P.A., Fort Lauderdale, for Petitioners.

Zachary P. Hyman of Millennial Law, Inc., Fort Lauderdale, for Respondents.